UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 18, 2014

Case No. C-14-00385-RMW        JUDGE: Ronald M. Whyte        TIME IN: *10 mins*.

**JOSEPH**        -V- **NASA, et al.**
Title

**R. Joseph (Appearing Pro Se)**        No Appearance
Attorneys Present (Plaintiff)        Attorneys Present  (Defendant)

**COURT CLERK:** Jackie Garcia        **COURT REPORTER:** Summer Fisher

PROCEEDINGS

ORDER TO SHOW CAUSE HEARING

**ORDER AFTER HEARING**

 Hearing Held.  The Court heard from the plaintiff and took the matter under submission.  The Court to issue a written ruling.  The matter is deemed submitted.