IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RHAWN JOSEPH,

    Plaintiff,

  v.

NASA, et al.,

    Defendants.

*E-FILED - 5/30/14*

CASE NO.: C-14-00385-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

    This matter came on regularly for a Case Management Conference on May 30, 2014. Defendant appeared through its counsel, AUSA - James Scharf. Plaintiff failed to appear. Plaintiff also failed to file a Case Management Statement on May 23, 2014. Therefore,

    IT IS HEREBY ORDERED that plaintiff appear on **August 22, 2014 @ 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the Case Management Conference.

    In addition to appearing on August 22, 2014, plaintiff must file and serve on defendant's counsel by August 15, 2014, a declaration or affidavit under oath explaining why he failed to appear at the Case Management Conference.

    IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR HIS FAILURE TO APPEAR, THE CASE WILL BE DISMISSED.

DATED: May 30, 2014

                                                 RONALD M. WHYTE
                                                 UNITED STATES DISTRICT JUDGE

1
2  Copy of Order Mailed on **5/30/14** to:
3  **Rhawn Joseph**
4  677 Elm Street
   San Jose, CA 95126
5      *Pro Se Plaintiff*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28