**United States District Court Northern District of California**

Rhawn Joseph, Ph.D. pro se
408-286-9833
677 Elm St. San Jose, CA 95126
RhawnJoseph@Gmail.com

--------------------------------------------------- }

Rhawn Joseph, Ph.D.                    }
Plaintiff                              }
                                       }
                                       }
v                                      }
                                       }
National Aeronautics and Space         }
Administration (NASA), Charles F.      }
Bolden NASA Chief Administrator,       }
NASA's Paul Hertz, David Morrison,     }
Rocco Mancinelli, John Callas, Steven  }
Squyres, and Does 1-100,               }
Defendants                             }
--------------------------------------------------- }.

**Honorable Ronald M. Whyte, U.S. District Judge**

Case Number: CV 14-00385

PLAINTIFFS CASE MANAGEMENT
STATEMENT:
DEFENDANTS' ATTORNEY REFUSED TO
DISCUSS THE CASE AND CONFER

Hearing Date: August 22, 2014
Time: 9:00 AM
Place: Courtroom 6

## I. CASE MANAGEMENT STATEMENT

1. On April 10, 2014, pursuant to Court Orders, Plaintiff telephoned Defendants' attorney, Mr. James Scharf, of the U.S. Dept. of Justice, to arrange a telephone case management conference and to inform Mr. Scarf that Plaintiff would be available to confer by phone at any time or any day. Mr. Scharf immediately became verbally abusive and over emotional, and began angrily ridiculing and insulting the Plaintiff in a histrionic fashion. Scharf stated that Plaintiff's attempt to arrange a case management conference was "premature" and that the Court would dismiss and there would be no case conference, and that Plaintiff was "wasting" Scharf's "time," that this case "is a waste of my time," and to discuss this case would be a "waste" of his "time," etc. and so on. Plaintiff was frankly astonished by Scarf's histrionic rant.

2. Following that conversation, Plaintiff sent, on April 10, 2014, the following email to

James Scharf at this email address, James.Scharf@usdoj.gov: Telephone Conference 4/10/2014

Dear Mr. Scharf,

This is to confirm that I called you to inform your offices of my availability at any time of your convenience to discuss matters regarding Case Management.

This is also to confirm that you immediately became verbally abusive and began insulting me and continued your emotional tirade until I ended the conversation. Your childish, histrionic, unprofessional, emotionally out of control behavior is laughable and reflects badly on the U.S. Department of Justice.

3.  Subsequently, the Court dismissed portions of Plaintiff's amended complaint, and Plaintiff was instructed by this Court to submit a second amended complaint which was filed on May 22, 2014.

4.  Because of the statements made by Scharf, his refusal to discuss this case by telephone and claims that there would be no case management conference because the Court would dismiss, and for other reasons detailed in Plaintiff's Declaration in Opposition to Dismissal, Plaintiff believed that when the Court dismissed portions of Plaintiff's amended complaint and ordered Plaintiff to file and serve a second amended complaint by May 23, 2014, that the Court's actions automatically vacated the case management conference scheduled for May 30, 2014. Therefore, Plaintiff also did not believe he was required to file a case management statement by May 30, 2014, and instead offers up this belated summary of all events to date:

5.  As Scharf defied the Court's orders to meet and confer, and has refused to discuss this case with the Plaintiff, there has been absolutely no progress and nothing to report other than the grossly unprofessional and uncooperative conduct of Mr. Scharf.

## PLAINTIFF'S PERSONAL DECLARATION

Plaintiff Rhawn Joseph does hereby declare that Plaintiff's statements herein, were made on personal knowledge and belief and on admissible facts and information obtained by this Plaintiff and/or available in the public record. I swear by penalty of perjury, by the laws of California and the United States government that the above is true and correct to the best of my knowledge and belief.

DATED: June 5, 2014                                Respectfully submitted
                                                   By: _____

                                                   Rhawn Joseph, Ph.D. / pro per