MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile: (408) 535-5081
Email: james.scharf@usdoj.gov

Attorneys for Defendant
National Aeronautics and Space Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHAWN JOSEPH, Ph. D., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., <br><br> Defendants. | Case No. C 14-CV-00385 <br><br> DEFENDANT'S RESPONSE TO PLAINTIFF'S DECLARATION [DOCUMENT 19] |

    In his Declaration, Document 19, plaintiff accuses Assistant United States Attorney James A. Scharf of misconduct in connection with a tephone call that occurred on April 10, 2014. Although defendant does not wish to escalate this dispute, which has nothing to do with the merits of this case, defendant feels compelled to take this opportunity to respond to plaintiff's allegations.

    It is true that plaintiff called AUSA Scharf on April 10, 2014, to discuss case management issues. It is also true that AUSA Scharf explained that it was premature to discuss case management

Case No. C 14-CV-00385
DEFENDANT'S RESPONSE TO PLAINTIFF'S DECLARATION
1

issues until the Court rules on the OSC or defendant's anticipated motion to dismiss. However, plaintiff's characterization of AUSA Scharf's conduct during that telephone call is not accurate.

AUSA Scharf did not raise his voice (although he did speak firmly), did not use profanity, and did not engage in any name calling. AUSA Scharf explained that plaintiff could not sue the government for fraud or defamation. AUSA Scharf stated that he felt that this lawsuit was frivolous and a waste of *plaintiff's* time, and he urged plaintiff to consult with an attorney. AUSA Scharf never told plaintiff that the May 30, 2014 Case Management Conference was taken off calendar, or that it would be taken off calendar. Indeed, it was plaintiff who abruptly ended the call. AUSA Scharf had no further communication with plaintiff after that telephone call. A true and correct copy of an e-mail dated April 10, 2014, at 4:00 p.m., responding to plaintiff's e-mail dated April 10, 2014, at 3:51 p.m., is attached hereto.

It may well be that plaintiff honestly believed that the May 30, 2014 Case Management Conference was vacated, although he probably should have confirmed his assumption after he received defendant's case management statement on or about May 23, 2014. But to blame his failure to attend that Case Management Conference on defense counsel is unfair and disingenuous.

In any event, defendant intends to file a motion to dismiss plaintiff's amended complaint on July 7, 2014, as ordered by the Court. Defendant sincerely hopes that any future communication between plaintiff and defense counsel will be civil and professional.

DATED: June 11, 2014          Respectfully submitted,

                              MELINDA HAAG
                              United States Attorney

                              /s/ James A. Scharf

                              JAMES A. SCHARF
                              Assistant United States Attorney
                              Attorney for Defendant NASA

Case No. C 14-CV-00385
DEFENDANT'S RESPONSE TO PLAINTIFF'S DECLARATION

2

# ATTACHMENT

# Scharf, James (USACAN)

| | |
|---|---|
| **From:** | Scharf, James (USACAN) |
| **Sent:** | Thursday, April 10, 2014 4:00 PM |
| **To:** | Sarastarlight Joseph |
| **Subject:** | Re: Telephone Conference 4/10/2014 |

Dear sir:

I disagree with your self-serving characterization of our telephone call. I explained that I felt your lawsuit was frivolous and a waste of your time. I explained that it was premature to discuss case management issues until the Court rules on the OSC or my anticipated motion to dismiss. You said this will be the trial of the century and that you have beaten better lawyers than me. I urged you to consult with an attorney.

Sincerely,

James A. Scharf
Assistant United States Attorney

Sent from my iPhone

On Apr 10, 2014, at 3:51 PM, "Sarastarlight Joseph" <rhawnjoseph@gmail.com> wrote:

> Telephone Conference 4/10/2014
>
> Dear Mr. Scharf,
>
> This is to confirm that I called you to inform your offices of my availability at any time of your convenience to discuss matters regarding Case Management.
>
> This is also to confirm that you immediately became verbally abusive and began insulting me and continued your emotional tirade until I ended the conversation. Your childish, histrionic, unprofessional, emotionally out of control behavior is laughable and reflects badly on the U.S. Department of Justice.
>
> Help is available. You should see it out.
>
> Sincerely,